UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY BROWN, | : | |
| | : | |
| Plaintiff | | CIVIL ACTION NO. 3:14-0623 |
| | : | |
| v | | |
| | : | (JUDGE MANNION) |
| ELLEN MACE-LIEBSON, | | |
| | : | |
| Defendants | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The motion for summary judgment (Doc. 114), filed on behalf of Defendant, Dr. Ellen Mace-Liebson is **GRANTED**. Judgment is hereby entered in favor of the Defendant Mace-Liebson and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 29, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0623-01-ORDER.wpd