# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY BROWN, | : | |
| | : | |
| Plaintiff | | CIVIL ACTION NO. 3:14-0623 |
| | : | |
| v | | |
| | : | (JUDGE MANNION) |
| ELLEN MACE-LIEBSON, | | |
| | : | |
| Defendants | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to strike Defendant Mace-Liebson's declaration in support of her motion for summary judgment (Doc. 149) is **DENIED.**

2. Plaintiff's motion for reconsideration of the Court's September 29, 2017, Memorandum and Order, granting summary judgment in favor of Defendant Mace-Liebson and against Plaintiff, (Doc. 151), is **DENIED**.

3. Plaintiff's *nunc pro tunc* motion to supplement the record (Doc. 155) is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 16, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0623-02-ORDER-wpd.wpd